

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WASHINGTON
Passport/ID Receipt

Court Location: Seattle

Defendant: REYES, Jordan Krystyne

Received from: REYES, Jordan Krystyne

Date: 12/17/2025

Case Number: 2:25-mj-00798-SKV-1

Item type: Passport or identification

Item: U.S. Passport

Quantity: 1

Expiration date: